## ORDER

In the Matter of ARTHUR W. VESPIGNANI, an attorney at law.

ORDERED that the acceptance of this resignation be deemed equivalent to respondent's disbarment; and it is further

ORDERED that respondent be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with all the regulations of the Disciplinary Review Board governing suspended, disbarred or resigned attorneys.